```
 1  LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
 2  JULIE E. HOFER, #152185
    ANDREW S. MACKAY, #197074
 3  ERIC A. HANDLER, #224637
    DONAHUE GALLAGHER WOODS LLP
 4  Attorneys at Law
    300 Lakeside Drive, Suite 1900
 5  Oakland, California 94612-3570
    Telephone:   (510) 451-0544
 6  Facsimile:   (510) 832-1486
    Email: julie@donahue.com
 7
    Attorneys for Plaintiff
 8  AUTODESK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>SCENARIO DESIGN, INC., a California corporation; and PAUL BUCKLEY, an individual;<br><br>          Defendants. | CASE NO. C09-02689-SC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER<br><br>[Civil L.R. 6-2] |

1  Pursuant to Civil L.R. 6-2, plaintiff Autodesk, Inc. and defendants Scenario Design, Inc.
2  and Paul Buckley (collectively, "Defendants"), by and through their respective counsel, hereby
3  stipulate that Defendants shall have up to and including Monday, August 31, 2009, to challenge
4  venue, answer, or otherwise respond to the Complaint on file herein, subject to Autodesk, Inc.'s
5  right to oppose or object to Defendants' responsive pleading in the manner allowed by applicable
6  law.  The purpose of the extension is to provide the parties with an opportunity to continue to
7  discuss potential settlement of this action without incurring unnecessary legal fees and expenses.
8  Such an extension will not have any impact on the Case Management Conference or any other
9  scheduled dates set by the Court.
10  This Stipulated is supported by the concurrently submitted Declaration of Eric A. Handler.
11  IT IS SO STIPULATED.

12  Dated: July 30, 2009     DONAHUE GALLAGHER WOODS LLP

14  By: _____
15  Eric A. Handler
    Attorneys for Plaintiff
16  AUTODESK, INC.

17  Dated: July 30, 2009     DYKEMA GOSSETT LLP

19  By: _____
20  Alex W. Craigie
    Naomi A. Carry
21  Attorneys for Defendants
    SCENARIO DESIGN, INC.
22  PAUL BUCKLEY

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 30, 2009     _____
         Hon. Samuel Conti
         United States District Court

*IT IS SO ORDERED — Judge Samuel Conti*

-1-

STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER     CASE NO. C09-02689 SC