LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
ANDREW S. MACKAY, #197074
ERIC A. HANDLER, #224637
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>SCENARIO DESIGN, INC., a California corporation; and PAUL BUCKLEY, an individual;<br><br>           Defendants. | CASE NO. C09-02689-SC<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER<br><br>[Civil L.R. 6-2] |

Pursuant to Civil L.R. 6-2, plaintiff Autodesk, Inc. and defendants Scenario Design, Inc. ("Scenario") and Paul Buckley (collectively, "Defendants"), by and through their respective counsel, hereby stipulate that Defendants shall have up to and including Wednesday, September 30, 2009, to challenge venue, answer, or otherwise respond to the Complaint on file herein, subject to Autodesk, Inc.'s right to oppose or object to Defendants' responsive pleading in the manner allowed by applicable law.

Scenario was served with the Summons and Complaint in this matter on June 22, 2009, with Scenario's answer or other response to the Complaint therefore due on July 13, 2009. The parties stipulated to an extension of time for Scenario to answer or otherwise respond to the Complaint to August 3, 2009. Substitute service was complete on Paul Buckley on July 20, 2009, with his answer or other response due on August 10, 2009.

On July 30, 2009, the parties filed a second stipulation, and on July 30, 2009 the Court entered an order granting the parties Stipulation for Extension of Time for Defendants to Respond to Complaint to August 31, 2009.

Since filing the July 30, 2009 Stipulation, the parties have continued to discuss potential settlement of this action and are in the process of finalizing the written settlement terms. To allow the parties sufficient time to finalize the settlement agreement, to save Defendants the fees and costs that will otherwise be incurred to prepare and file pleadings responsive to the Complaint, and to avoid the potential negative impact any such responsive pleadings may have on the parties' ability to settle this matter, the parties have stipulated that Defendants may have an additional extension—up to and including Wednesday September 30, 2009—to answer or otherwise respond to the Complaint.

The anticipated effect of the extension now being requested will be to afford the parties sufficient time to continue their attempts to settle this action. In addition, the parties anticipate that the requested extension, to the extent it leads to settlement before expiration of the extension period, would save the Court from expending time and resources on events related to the case management conference, as any such settlement would thus occur before the date scheduled for the case management conference and its related deadlines. Such an extension will not have any

-1-

impact on the Case Management Conference or any other scheduled dates set by the Court.

IT IS SO STIPULATED.

Dated: August 27th, 2009                    DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: August 27, 2009                      DYKEMA GOSSETT LLP

By: _____
Alex W. Craigie
Naomi A. Carry
Attorneys for Defendants
SCENARIO DESIGN, INC.
PAUL BUCKLEY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 28, 2009                    _____
Hon. Samuel Conti
United States District Court

*IT IS SO ORDERED — Judge Samuel Conti*

-2-