1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   ANDREW S. MACKAY, #197074
3  ERIC A. HANDLER, #224637
   DONAHUE GALLAGHER WOODS LLP
4  Attorneys at Law
   300 Lakeside Drive, Suite 1900
5  Oakland, California 94612-3570
   Telephone:  (510) 451-0544
6  Facsimile:  (510) 832-1486
   Email: julie@donahue.com
7
   Attorneys for Plaintiff
8  AUTODESK, INC.

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCENARIO DESIGN, INC., a California corporation; and PAUL BUCKLEY, an individual;<br><br>　　　　Defendants. | CASE NO. C09-02689-SC<br><br>**STIPULATION;** [PROPOSED] **ORDER OF DISMISSAL** |

| | |
|---|---|
| 1 | Pursuant to FRCP 41(a)(1)(A)(ii) and Civil L.R. 77-2, plaintiff, Autodesk, Inc., by and through its counsel, and defendants, Scenario Design, Inc. and Paul Buckley, hereby stipulate and consent to the dismissal of this action without prejudice as to defendant Scenario Design, Inc. and with prejudice as to Paul Buckley, each party to bear its own fees and costs. |

IT IS SO STIPULATED.

Dated: October 20, 2009          SCENARIO DESIGN, INC.

By: *[signature]*
Name: Paul Buckley
Title: CEO

Dated: October 10, 2009          PAUL BUCKLEY

*[signature]*

Dated: October 10, 2009          DONAHUE GALLAGHER WOODS LLP

By: *[signature]*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: October 2, 2009          DYKEMA GOSSETT LLP

By: *[signature]*
Alex W. Craigie
Naomi A. Curry
Attorneys for Defendants
SCENARIO DESIGN, INC.
PAUL BUCKLEY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17, 2009

Hon. Samuel Conti
United States District Court Judge

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

-1-

STIPULATION; [PROPOSED] ORDER OF DISMISSAL